DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVE SALLIES,**
Appellant/Cross-Appellee,

v.

**THE FIRST LIBERTY INSURANCE CORPORATION,**
Appellee/Cross-Appellant.

No. 4D2023-0209

[July 11, 2024]

Appeal and cross-appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312019CA000421.

Brian J. Lee of Morgan & Morgan, Jacksonville, for appellant/cross-appellee.

Matthew J. Lavisky, Carol M. Rooney, and Adam M. Topel of Butler Weihmuller Katz Craig LLP, Tampa, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***